UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MATTHEW E. ORSO IN HIS CAPACITY AS COURT-APPOINTED SUCCESSOR RECEIVER FOR REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM,**

    Plaintiff,

v.                              Case No.: 8:21-mc-107-VMC-AAS

**GREG BAKER,**

    Defendant.
_____/

## ORDER

Matthew Orso moves the court, under Rules 64 and 69 of the Federal Rules of Civil Procedure and Florida Statutes § 77.01 et seq., to issue a writ of continuing garnishment against Integrity Currency Traders, LLC for a judgment owed by Greg Baker. (Doc. 19).

Rule 69 provides that a money judgment is enforced by a writ of garnishment. Fed. R. Civ. P. 69(a)(1). "The procedure on execution . . . must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *Id.* Florida law provides a right to a writ of garnishment to judgment creditors to help satisfy a money judgment.

Fla. Stat. § 77.01. To obtain a writ of garnishment, the judgment creditor must file a motion stating the amount of the judgment. Fla. Stat. § 77.03. The writ must direct the garnishee to answer the writ within twenty days and state the amount named in the judgment creditor's motion. Fla. Stat. § 77.04.

On August 14, 2017, the United States District Court for the Western District of North Carolina, entered judgment against the defendant class, including Mr. Baker, in the amount of $102,699.12, plus accruing post-judgment interest. (Doc. 1, Ex. 1). On July 26, 2021, Mr. Orso registered the judgment in this court. (Doc. 1). According to Mr. Orso's motion, this amount remains unpaid.

Mr. Orso's Motion for Writ of Continuing Garnishment (Doc. 19) is **GRANTED**. The Clerk of Court shall issue a writ of garnishment to the named garnishee using the forms attached to Mr. Orso's motion. (Doc. 19, Ex. 1). Mr. Orso must include with the writ copies of:

    a.   Mr. Orso's Motion for Writ of Garnishment (Doc. 19),
    b.   this Order, and
    c.   Mr. Orso's Registration of Foreign Judgment (Doc. 1).

**ORDERED** in Tampa, Florida on February 28, 2022.

AMANDA ARNOLD SANSONE
United States Magistrate Judge